UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SLIVAK, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>CHICKIE'S AND PETE'S, INC.<br>Defendant. | CIVIL ACTION<br><br>NO. 18-241 |

## STIPULATION OF DISMISSAL

Jessica Slivak, Plaintiff, and Chickie's and Pete's, Inc., Defendant, by and through their undersigned counsel, hereby stipulate and agree that this matter is settled and is dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| /s/Mark Blondman | /s/Arkady "Eric" Rayz, (w/consent) |
| Mark Blondman, Esquire | Arkady "Eric" Rayz, Esquire |
| Blank Rome LLP | Demetri A. Braynin |
| One Logan Square | Kalkihman & Rayz, LLC |
| 18th & Cherry Street | 1501 County Line Road, Suite "A" |
| Philadelphia, PA 19103 | Huntingdon Valley, PA  19006 |
| Phone: (215) 569-5593 | Office:  (215) 364-5030 |
| Fax:    (215) 832-5593 | Fax:    (215) 364-5029 |
| Email: Blondman@blankrome.com | Email:  erazy@kalraylaw.com |
| | Email:  dbraynin@kalraylaw.com |
| Attorneys for Defendant | |
| Dated:   July 18, 2018 | Attorneys for Plaintiff |
| | Dated:   July 18, 2018 |